IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case Number 4:21CR213 |
| § | Judge Mazzant |
| DIETER HARALD GEHLERT CORONADO § | |

### AGREED MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully requests that the Court issue a final order of forfeiture against the Defendant, Dieter Harald Gehlert Coronado. On April 4, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §§ 853 & 970, granting a $150,000.00 (USD) money judgment against Defendant and in favor of the United States. *See* Dkt. 55. That Order provided: "Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment." *Id*. at ¶ 2. Defendant was sentenced on March 19, 2024.

Accordingly, the United States now asks the Court to enter a Final Order of Forfeiture consistent with the attached proposed order. Entry of such an order is specifically authorized by Fed. R. Crim. P. 32.2(b)(1) and (c)(1), and Defendant has consented to entry of the order under the terms of the parties' Plea Agreement. *See* Dkt. 49 at ¶ 6.

As of this date, the United States has not identified specific assets to satisfy the forfeiture judgment, but Rule 32.2(e)(1)(B) authorizes the United States to move at any

time to amend the final forfeiture order to include Defendant's specific property or substitute assets having a value up to $150,000.00.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

By:

Dated: March 20, 2024

/s/ *Stevan A. Buys*
Stevan A. Buys
Assistant United States Attorney
Texas Bar No. 24033653
600 East Taylor, Suite 2000
Sherman, Texas 75090
Telephone: 903/868-9454
Facsimile: 903/892-2792
stevan.buys@usdoj.gov

## CERTIFICATE OF CONFERENCE AND SERVICE

As memorialized in the parties' Plea Agreement filed with the Court on March 30, 2023, I hereby certify that the parties have conferred and agree to the above-requested relief and the filing of this motion. I further certify that the foregoing was electronically filed in the court's CM/ECF filing system on March 20, 2024, through which counsel of record will receive an electronic copy thereof.

/s/ *Stevan A. Buys*
Stevan A. Buys