IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case Number 4:21CR213 |
| § | Judge Mazzant |
| DIETER HARALD GEHLERT CORONADO § | |

## FINAL ORDER OF FORFEITURE

The United States has filed an Agreed Motion for Final Order of Forfeiture.  *See* Dkt. 64.  The Court previously entered a Preliminary Order of Forfeiture by agreement of the parties.  *See* Dkt. 55.  That Order granted a money judgment against Defendant, Dieter Harald Gehlert Coronado, in the amount of $150,000.00(USD) and provided that the Order would become final at the time of Defendant's sentencing, be made part of the sentence, and be included in the judgment.  Defendant was sentenced on March 19, 2024.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Court's Preliminary Order of Forfeiture is now a Final Order of Forfeiture and is made part of Defendant's sentence and judgment.  *See* Fed. R. Crim. P. 32.2(b)(4).

2. Dieter Harald Gehlert Coronado shall forfeit to the United States the sum of $150,000.00 pursuant to 21 U.S.C. §§ 853 & 970, which shall be a money judgment representing the proceeds and/or facilitating assets of the offense to which the Defendant has pleaded guilty and now stands convicted.

3. The forfeiture authorized by this Order is a money judgment for which no ancillary proceeding is required to adjudicate the interests of third parties in the forfeited property. *See* Fed. R. Crim. P. 32.2(c)(1).

4. To satisfy the money judgment in whole or in part, the United States may move at any time to amend this Final Order of Forfeiture to include any property or substitute property subject to forfeiture having a value not to exceed $150,000.00. *See* Fed. R. Crim. P. 32.2(e)(1)(B).

5. The Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**SIGNED this 20th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE